NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMANDA MOJDEH RAISZADEH,**
*Petitioner*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2023-2409

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-12-0452-B-1.

---

**ON MOTION**

---

Before WALLACH, *Circuit Judge*.

**O R D E R**

Amanda Mojdeh Raiszadeh's moves out-of-time for 60 additional days to file her opening brief, stating that

counsel "has been unable to access" the "documents and materials set forth in the Certified List." Mot. at 1.*

The court notes that Federal Circuit Rule 17(d)(1) and (2) provide that the agency must permit a party or counsel for a party to inspect and copy the material contained in the record, subject to reasonable regulation by the agency. The court will grant an extension until April 29, 2023, but additional extensions should not be anticipated. The court reminds Ms. Raiszadeh and her counsel that Federal Circuit Rule 26(b) requires that a motion to extend time "must be made at least seven (7) days before the date sought to be extended" absent extraordinary circumstances.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the opening brief is due no later than April 29, 2024. No further extensions for the opening brief should be anticipated.

FOR THE COURT

March 15, 2024
Date

Jarrett B. Perlow
Clerk of Court

cc:  Clerk of the Merit Systems Protection Board

---

\*   The motion also seeks additional time to file the appendix, but the appendix is not currently due. *See* Fed. Cir. R. 30(a)(2) (setting separate due date for appendix)