NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AMANDA MOJDEH RAISZADEH,**
*Petitioner*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

_____

2023-2409

_____

Petition for review of the Merit Systems Protection Board in No. DC-1221-12-0452-B-1.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Petitioner's Motion for Leave to Reinstate Appeal [ECF No. 43],

IT IS ORDERED THAT:

The motion is granted. The appeal is reinstated, and the December 10, 2024, order is vacated.

FOR THE COURT

January 30, 2025
Date

Jarrett B. Perlow
Clerk of Court